2226.    CENTRAL OF GEORGIA RAILWAY COMPANY *v.* KELLEY.

HILL, C. J.    1. While the owner of rented premises in the possession of
the tenant can only recover damages for an injury to the freehold, yet
evidence of the rental value of the land is admissible, as illustrative
of the market value of the land before and after the trespass.

2. In a suit by the owner of rented land to recover damages for trespass,
testimony that the tenant also "claimed damages" to his possession,
arising out of the same trespass, is irrelevant and immaterial.    The
same trespass might injure both the freehold of the owner and the
interest of the tenant in possession, but the damages recoverable by each
are entirely separate and distinct.    Civil Code of 1895, §§ 3876, 3877.

3. This being a suit for permanent injury to the freehold, section 3884
of the Civil Code was not applicable.

4. No material error of law was committed in the trial of the case, and
the verdict is supported by the evidence.          *Judgment affirmed.*

Action for damages; from city court of Polk county—Judge
Irwin.    September 25, 1909.

Argued December 20, 1909.—Decided February 22, 1910.

*Joel Branham, John K. Davis,* for plaintiff in error.

*Trawick & Ault,* contra.